ALEXANDRA RESTAURANT, INC., Respondent, *v.* NEW HAMPSHIRE INSURANCE COMPANY OF MANCHESTER, Appellant.

Argued January 15, 1948; decided March 11, 1948.

*Simon Greenhill* and *Joseph Greenhill* for appellant.
*A. J. Asche* and *Alfred B. Nathan* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.